ACCEPTED
03-14-00501-CV
4934603
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/17/2015 1:38:56 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00501-CV

## In the
## Third Court of Appeals
## at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/17/2015 1:38:56 PM
JEFFREY D. KYLE
Clerk

COUNTY OF LA SALLE,

*Appellant*,

v.

JOE WEBER, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF TRANSPORTATION; THE TEXAS DEPARTMENT OF TRANSPORTATION; TED HOUGHTON, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION; AND JEFF AUSTIN III, JEFF MOSELEY, FRED UNDERWOOD, AND VICTOR VANDERGRIFF, IN THEIR OFFICIAL CAPACITIES AS COMMISSIONERS OF THE TEXAS TRANSPORTATION COMMISSION,

*Appellees*.

On Appeal from the 353rd District Court
of Travis County, Texas

## UNOPPOSED MOTION TO TRANSMIT PHYSICAL COPY OF ONE EXHIBIT

This motion requests an order under Texas Rule of Appellate Procedure 34.6(g)(2) authorizing the court reporter to transmit a physical copy of the State's first trial exhibit (DX1). The motion is unopposed.

## I.

This motion concerns the original exhibit marked as State Exhibit 1, an optical disc introduced at the evidentiary hearing below. The State Defendants do not oppose the original being transmitted to the Court.

## II.

The disc contains the applications submitted by 191 Texas counties to participate in the Transportation Infrastructure Fund (TIF) grant program, along with some related correspondence. The State Defendants organized these documents on the disc for ready reference. They are in individual files that have been given descriptive names and organized into folders named by county, with individual pages assigned a Bates number.

## III.

Translating this optical disc to an electronic record suitable for electronic transmission would make the exhibit less useful and significantly more cumbersome for the Court and the parties. Printed, the 841 documents on this disc would consume more than 10,700 pages. As PDFs, they consume more than 2.9 gigabytes. Without significant compression, this single exhibit could add 30 volumes to the record record. Even with file compression, it would likely add more than a dozen volumes.

The result would also be less useful. Many of these 841 documents were scanned by the counties who submitted them, and thus are of varying sizes and formats. Some counties submitted road condition reports that included color photographs, color maps, and detailed diagrams that would

be degraded by file compression or by being reduced to a smaller page size. By contrast, accepting the optical disc preserves these documents' fidelity.

## IV.

Accepting this disc in its original form will not impede the Court's review. When witnesses were asked about specific counties, a copy of the relevant document was marked, admitted separately, and included in the reporter's record. Those documents already form the bulk of the electronic record, filling nearly five of its volumes. *See* 3RR, 4RR, 5RR, 6RR, 7RR1-371. The parties' briefs have referred to those separately marked documents, not specific pages on the optical disc.

## V.

The Court should order transmittal of this original optical disc so that the record is complete.

# PRAYER

Under Rule 34.6(g)(2), the Court should request that the court reporter send the original exhibit marked as State Exhibit 1 (DX1).

Respectfully submitted,

/s/ Don Cruse

Don Cruse
  SBN 24040744
LAW OFFICE OF DON CRUSE
1108 Lavaca St. #110-436
Austin, Texas 78701
(512) 853-9100
(512) 870-9002 *fax*
*don.cruse@texasappellate.com*

Donato D. Ramos
  Bar No. 16508000
  *mrodriguez@ddrlex.com*
Donato D. Ramos, Jr.
  Bar No. 24041744
  donatoramosjr@ddrlex.com
LAW OFFICES OF DONATO
    RAMOS, PLLC
Texas Community Bank Building
    Suite 350
6721 McPherson Road (78041)
Laredo, Texas 78045
(956) 722-9909
(956) 727-5884 *fax*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2015, this **Unopposed Motion to Transmit Physical Copy of One Exhibit** was served on counsel under Texas Rule of Appellate Procedure 9.5(b):

> Kristofer S. Monson
>   Assistant Solicitor General
> Susan Desmarais Bonnen
>   Assistant Attorney General
>   Transportation Division
> P.O. Box 12548
> Austin, Texas  78711-2548
> *kristofer.monson@texasattorneygeneral.gov*
> *susan.bonnen@texasattorneygeneral.gov*
> COUNSEL FOR APPELLEES

/s/ Don Cruse
_____
Don Cruse

## CERTIFICATE OF CONFERENCE

I conferred with Kris Monson and Susan Bonnen, who told confirmed that this motion is not opposed.

/s/ Don Cruse
_____
Don Cruse